

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2025

No. 04-25-00267-CR

Ruben Alexander **CARRILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR8334
Honorable Raymond Angelini, Judge Presiding

**ORDER**

Sitting:      Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice
                H. Todd McCray, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED.

It is so **ORDERED** on July 30, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2025.

_____
Caitlin A. McCamish, Clerk of Court